**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **PATRICK FLAHERTY,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. 4:04CV200-DJS |
| | ) |
| **DAVE DORMIRE,** | ) |
| | ) |
| Respondent. | ) |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #10] is accepted and adopted.

Dated this   29th   day of November, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE